

**One-Step Custom Billing**℠

```
KEVIN BLANGER                          Customer Number  17160 03
INTERNATIONAL JET MANAGEMENT, INC.     UWA Invoice No.  1703029
DULLES AVIATION CENTER                 Invoice Date     30-JUL-08
23800 WIND SOCK DR STE 200
DULLES   VA   20166                    KEVIN BLANGER
```

```
                           ***  INVOICE  ***
Description                    Quantity        Amount           Total
UNIVERSAL CHARGES
   WEATHER SERVICES
   (HANDLING ARRANGEMENTS)
   (DIPLOMATIC/SPECIAL PERMITS)
   (COMPUTER FLIGHT PLANS)
   COMMUNICATIONS
   (HOTEL RESERVATIONS)
   CHARTER SERVICES
   UVTRAVEL
   UVFLIGHTPLANNER.COM
   MISCELLANEOUS SERVICES
   (SECURITY GUARDS / BRIEFINGS)
   TRIP PRICING PROGRAM
   FLIGHTPAK
   UVDATALINK                                                    0.00

UVair CHARGES
   FUEL (USG)
   VISA PURCHASING CARD                         186.10
   F.E.T.
   DUTIES / TAXES / FEES
   FUEL ADDITIVES
   MISCELLANEOUS                                                186.10

THIRD PARTY CHARGES
   GROUND HANDLING
   AIRPORT / NAVIGATION FEES
   TAXES / FEES
   CATERING
   FUEL
   AIRCRAFT SERVICES
   SECURITY
   HOTEL ACCOMMODATION
   TRANSPORTATION
   MAINTENANCE
   EQUIPMENT AND FACILITY
   ADMINISTRATION FEE
   MISCELLANEOUS CHARGES                                          0.00
                                                         ============
TERMS: 30 DAYS   DUE DATE: 29-Aug-08    TOTAL BILLING THIS WEEK: $186.10
```

---

**Payment options:** To make it easier to submit your payment, please remit funds to Universal Weather and Aviation, Inc. using one of the following options:

1. Wire transfer to: JP Morgan Chase Bank, Houston, Texas • ACH ABA: 111000614 • Wire routing number: 021000021 (SWIFT CHASUS33) • Account number: 01500060210
2. Mail checks (payable at a bank located in the United States) to: P.O. Box 201033, Houston, TX 77216-1033 USA

**NOTE:** Review this invoice upon receipt. Direct inquires or disputes to Universal within 10 days from invoice date. Otherwise, timely payment in full is required pending resolution. Past due amounts are subject to interest charges not to exceed the maximum rate permitted by law.

**Questions or Comments:**
Client Relations Department • Worldwide (713) 943-4699 • N. America Toll-Free (800) 806-5763 • Fax (713) 378-2798 • cservgp@univ-wea.com

PCUWA 0040

INVOICE DETAIL

KEVIN BLANGER  
INTERNATIONAL JET MANAGEMENT, INC.  
DULLES AVIATION CENTER  
23800 WIND SOCK DR STE 200  
DULLES VA 20166

Customer Number 17160 03  
UWA Invoice No. 1703029  
Invoice Date 30-JUL-08  
Page 1

| Item | Date | Description | | Amount | Subtotal |
|---|---|---|---|---|---|
| Registry: N707BC | | | | | |
| | **********7320 | | | | |
| | DOC#3190090 | | | | |
| 1 | 19-Jul-08 | NONE UVAIR VISA SERVICES | DULLES JET CENTER(DULLES:VA:20166) | 186.10 | 186.10 |
| | *** Supplier: VISA R#196676 | | | | |
| | 1 Items | | Registry Total: | | 186.10 |
| | 1 Items Total | | Invoice Total: | | $186.10 |