

**One-Step Custom Billing**℠

KEVIN BLANGER  
INTERNATIONAL JET MANAGEMENT, INC.  
DULLES AVIATION CENTER  
23800 WIND SOCK DR STE 200  
DULLES  VA  20166

Customer Number  17160 01  
UWA Invoice No.   1713228  
Invoice Date      20-AUG-08

KEVIN BLANGER

*** INVOICE ***

| Description | Quantity | Amount | Total |
|---|---|---|---|
| **UNIVERSAL CHARGES** | | | |
| WEATHER SERVICES | | | |
| (HANDLING ARRANGEMENTS) | | | |
| (DIPLOMATIC/SPECIAL PERMITS) | | | |
| (COMPUTER FLIGHT PLANS) | | | |
| COMMUNICATIONS | | | |
| (HOTEL RESERVATIONS) | | | |
| CHARTER SERVICES | | | |
| UVTRAVEL | | | |
| UVFLIGHTPLANNER.COM | | | |
| MISCELLANEOUS SERVICES | | | |
| (SECURITY GUARDS / BRIEFINGS) | | | |
| TRIP PRICING PROGRAM | | | |
| FLIGHTPAK | | | |
| UVDATALINK | | | 0.00 |
| **UVair CHARGES** | | | |
| FUEL (USG) | | 10,566.66 | |
| VISA PURCHASING CARD | | | |
| F.E.T. | | | |
| DUTIES / TAXES / FEES | | 1,202.20 | |
| FUEL ADDITIVES | | | |
| MISCELLANEOUS | | | 11,768.86 |
| **THIRD PARTY CHARGES** | | | |
| GROUND HANDLING | | | |
| AIRPORT / NAVIGATION FEES | | | |
| TAXES / FEES | | | |
| CATERING | | | |
| FUEL | | | |
| AIRCRAFT SERVICES | | | |
| SECURITY | | | |
| HOTEL ACCOMMODATION | | | |
| TRANSPORTATION | | | |
| MAINTENANCE | | | |
| EQUIPMENT AND FACILITY | | | |
| ADMINISTRATION FEE | | | |
| MISCELLANEOUS CHARGES | | | 0.00 |

TERMS: 30 DAYS   DUE DATE: 19-Sep-08          TOTAL BILLING THIS WEEK:   $11,768.86

---

**Payment options:** To make it easier to submit your payment, please remit funds to Universal Weather and Aviation, Inc. using one of the following options:

1. Wire transfer to: JP Morgan Chase Bank, Houston, Texas • ACH ABA: 111000614 • Wire routing number: 021000021 (SWIFT CHASUS33) • Account number: 01500060210
2. Mail checks (payable at a bank located in the United States) to: P.O. Box 201033, Houston, TX 77216-1033 USA

**NOTE:** Review this invoice upon receipt. Direct inquires or disputes to Universal within 10 days from invoice date. Otherwise, timely payment in full is required pending resolution. Past due amounts are subject to interest charges not to exceed the maximum rate permitted by law.

**Questions or Comments:**  
Client Relations Department • Worldwide (713) 943-4699 • N. America Toll-Free (800) 806-5763 • Fax (713) 378-2798 • cservgp@univ-wea.com

PCUWA 0058

INVOICE DETAIL

KEVIN BLANGER  
INTERNATIONAL JET MANAGEMENT, INC.  
DULLES AVIATION CENTER  
23800 WIND SOCK DR STE 200  
DULLES VA 20166

Customer Number 17160 01  
UWA Invoice No. 1713228  
Invoice Date 20-AUG-08  
Page 1

| Item | Date | Description | | Amount | Subtotal |
|---|---|---|---|---|---|
| | | Registry: N707BC | | | |
| | | DOC#3208022 | | | |
| 1 | 18-Jul-08 | LPAZ FUEL COST (GALS) | 1598.2406 Gals @ 4.577900 | 7,316.59 | |
| 2 | 18-Jul-08 | LPAZ POSTED FEES | | 47.99 | |
| 3 | 18-Jul-08 | LPAZ DUTIES | | 27.93 | |
| 4 | 18-Jul-08 | LPAZ COMPULSORY STOCK FEE | | 111.50 | |
| 5 | 18-Jul-08 | LPAZ VALUE ADDED TAX | | 1,014.78 | 8,518.79 |
| | | *** Posted Price: 5.7174  Savings: $1,821.20  Supplier: REPSOL YPF  R#41536 | | | |
| | | 5 Items | | Registry Total: | 8,518.79 |
| | | Registry: N875P | | | |
| | | DOC#3208089 | | | |
| 6 | 06-Aug-08 | KLIT FUEL COST (GALS) | 575 Gals @ 5.652300 | 3,250.07 | 3,250.07 |
| | | *** Posted Price: 6.3000  Savings: $372.43  Supplier: CENTRAL FLYING SVC  R#210620 | | | |
| | | 1 Items | | Registry Total: | 3,250.07 |
| | | 6 Items Total | | Invoice Total: | $11,768.86 |

PCUWA 0059